# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of March, I caused to be served a true and correct copy of the Motion to Sell Free and Clear of Liens and the Order of Court dated March 17, 2017 by U.S. Postal Service, addressed to the following:

Mifflinburg Bank and Trust Company
250 East Chestnut Street
P.O. Box 186
Mifflinburg, PA 17844

Snyder County Tax Claim Bureau
P.O. Box 217
Middleburg, PA 17842

United States Department of Agriculture
One Credit Union Place, Suite 320
Harrisburg, PA 17110-2994

Chemgro Seeds
PO Box 218
East Petersburg, PA 17520

Rain and Hail, LLC
9200 Northpark Drive
Suite 300
Johnston, IA 50131

Thomas I. Puleo
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

REILLY WOLFSON

PAUL C. BAMETZREIDER