IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 12

KLINGLER BROTHERS :
DAIRY FARM :
: CASE NO. 1-15-bk-02648-rno
:
:
:
Debtors :
:

## ORDER

IT IS HEREBY ordered and decreed that Paul C. Bametzreider of Reilly Wolfson is hereby granted interim compensation in the amount of $12,420.00 and reimbursement of expenses in the amount of $533.63.

BY THE COURT,

_____J.