**IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

**KLINGLER BROTHERS DAIRY FARM**

       :  **CHAPTER 12**

       :

       :  **CASE NO. 1-15-bk-02648-rno**

       :
       :
       :

**Debtors**

       :

       :

## <u>ORDER</u>

  IT IS HEREBY ordered and decreed that Paul C. Bametzreider of Reilly Wolfson is hereby granted interim compensation in the amount of $12,420.00 and reimbursement of expenses in the amount of $533.63.

                   J.

BY THE COURT,