IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 1:15-bk-02648-MDF |
| KLINGLER BROTHERS DAIRY FARM, | : CHAPTER 12 |
| KLINGLER BROTHERS DAIRY FARM, Movant | |
| v. | |
| MIFFLINBURG BANK & TRUST CO. FARM SERVICE AGENCY OF THE US DEPARTMENT OF AGRICULTURE, RAIN AND HAIL, LLC, CHEMGRO SEEDS, SNYDER COUNTY TAX CLAIM BOROUGH Respondents | : RELATED TO DOCUMENT NO. 63 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of June, 2017, I caused to be served a true and correct copy of the Debtor's Motion to Approve Sale of Real Property Free and Clear of all Liens, Claims, Encumbrances, and Other Interest, Order of Court and Notice of Motion by U.S. Postal Service, addressed to the following:

Lawrence G. Frank (Trustee)
100 Aspen Drive
Dillsburg, PA 17019-9621

Klingler Brothers Dairy Farm
c/o Lynn R. Klingler
2274 Fair Oak Road
Selinsgrove, PA 17870

United States Department of
Agriculture Farm Service Agency
405 West Market Street
Middleburg, PA 17842

Paul C. Bametzreider
Reilly Wolfson Sheffey Schrum et al
1601 Cornwall Road
Lebanon, PA 17042-7460

Mifflinburg Bank and Trust Company
250 East Chestnut Street
P.O. Box 186
Mifflinburg, PA 17844

United States Trustee
228 Walnut Street
Harrisburg, PA 17101-1722

Snyder County Tax Claim Bureau
P.O. Box 217
Middleburg, PA 17842

Chemgro Seeds
PO Box 218
East Petersburg, PA 17520

United States Department of Agriculture
One Credit Union Place, Suite 320
Harrisburg, PA 17110-2994

Thomas I. Puleo
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Rain and Hail, LLC
9200 Northpark Drive
Suite 300
Johnston, IA 50131

.

REILLY WOLFSON

PAUL C. BAMETZREIDER