```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02648-RNO
Klingler Brothers Dairy Farm                                    Chapter 12
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CKovach        Page 1 of 1         Date Rcvd: Jun 16, 2017
                         Form ID: ntsempas    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2017.
db             +Klingler Brothers Dairy Farm,    c/o Lynn R. Klingler,    2274 Fair Oak Road,
                Selinsgrove, PA 17870-8807
mpt            +Robert Allen Grayston,    PO Box 55,    Selinsgrove, PA 17870-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2017 at the address(es) listed below:
              Daniel J. Rheam    on behalf of Miscellaneous Participant Robert Allen Grayston court@rheamlaw.com
              Lawrence G. Frank (Trustee)     lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Paul C Bametzreider    on behalf of Debtor    Klingler Brothers Dairy Farm paulb@reillywolfson.com,
               bhaase@reillywolfson.com
              Thomas I Puleo    on behalf of Creditor   USDA, Farm Service Agency tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

ntsempas(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Klingler Brothers Dairy Farm
**Debtor(s)**

Chapter: 12

Case number: 1:15−bk−02648−RNO

Document Number: 68

Robert Allen Grayston
**Movant(s)**

Matter: Motion for Turnover of Property

vs.

Klingler Brothers Dairy Farm and Lawrence G Frank, Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on June 23, 2015.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: July 12, 2017** <br> **Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **June 30, 2017**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> PO Box 908 <br> Harrisburg, PA 17108 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 16, 2017 |