UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

REPORT OF PRIVATE SALE
(For Chapter 7, 11 or 13 Cases)

CASE CAPTION: Klingler Brothers Dairy Farm    CASE NO. 1:15-bk-02648-RNO

CHAPTER: 12

1. DATE OF SALE: August 15, 2017   TRUSTEE'S ATTORNEY: None
2. ATTORNEY FOR CREDITORS' COMMITTEE: None
3. BRIEF DESCRIPTION OF ASSETS: 2274 Fair Oak Road, Selinsgrove, PA 17870
4. REASON(S) FOR ACCEPTANCE OF PRIVATE OFFER IN LIEU OF PUBLIC SALE: Better price to be obtained
5. VALUE OF PROPERTY $ 550,000.00   HOW OBTAINED: Higher bidding
   (Appraisal or Otherwise)
6. PURCHASE PRICE $ 550,000.00   NAME OF PURCHASER: Robert A. Grayston, Jr.
7. HOW WAS PURCHASER OBTAINED: Original offer / higher bids
8. PURCHASER'S RELATIONSHIP TO DEBTOR: None
9. EXPENSES OF SALE $ See attached   NET AMOUNT REALIZED $ 318,412.56 to Mifflinburg Bank & Trust
   (Attach itemization or real estate settlement sheet)
   $162,379.47 to USDA Farm Svc Agency
10. WERE THERE ANY OBJECTIONS MADE TO THE SALE? Yes (IF SO, STATE NAME OF OBJECTOR, REASON FOR OBJECTION, OBJECTOR'S RELATION TO DEBTOR AND OUTCOME OF HEARING, IF ANY:)
    Objector was Robert A. Grayston, Jr. alleging insufficient bid. Higher bidding resulted which led to above offer.

Lawrence G. Frank, Trustee in Bankruptcy       /s/ Lawrence G. Frank, Esq.
Reporting Party                                Signature
(Type or Print)

Date: October 15, 2017

(File Report with Clerk within five (5) days of sale, even if objection is filed, with copy to U. S. Trustee)

UST-PA-MD- 6
(Apr. 1988)

# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

| B. Type of Loan | | | |
|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins<br>4. ☐ VA  5. ☐ Conv. Ins | 6. File Number:<br>T-7945 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower:<br>Robert A. Grayston, Jr.<br>P. O. Box 55<br>Selinsgrove, PA 17870 | E. Name & Address of Seller:<br>Klingler Bros. Dairy Farms<br>2274 Fair Oak Road<br>Selinsgrove, PA 17870 | F. Name & Address of Lender: |
|---|---|---|
| G. Property Location:<br>2274 Fair Oak Road, Selinsgrove,<br>Penn Township, PA 17870<br><br>County: Snyder<br><br>Tax Map Parcel No.: 13-02-024 | H. Settlement Agent:<br>Roger V. Wiest, II, Esquire<br>Wiest, Muolo, Noon, Swinehart & Bathgate<br>240-246 Market Street<br>Sunbury, PA 17801 | TIN: 23-1993803<br>Phone: (570) 286-7777 |
| | Place of Settlement:<br>Wiest, Muolo, Noon, Swinehart & Bathgate<br>240-246 Market Street<br>Sunbury, PA 17801 | I. Settlement Date: 8/15/2017<br>Funding Date: 8/15/2017 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | 550,000.00 | 401. Contract sales price | 550,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 14,509.92 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes: to | | 406. City/town taxes: to | |
| 107. County taxes: 8/15/2017-12/31/2017 | 275.36 | 407. County taxes: 8/15/2017-12/31/2017 | 275.36 |
| 108. Assessments: to | | 408. Assessments: to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 564,785.28 | 420. Gross Amount Due To Seller | 550,275.36 |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | 42,500.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 48,972.32 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan<br>to Mifflinburg Bank and Trust Co. | 318,412.56 |
| 205. | | 505. Payoff of second mortgage loan<br>to USDA, Farm Service Agency | 162,379.47 |
| 206. | | 506. Lawrence G. Frank, Trustee | 11,000.00 |
| 207. | | 507. Reilly Wolfson LLP | 9,255.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes: to | | 510. City/town taxes: to | |
| 211. County taxes: to | | 511. County taxes: to | |
| 212. Assessments: to | | 512. Assessments: to | |
| 213. | | 513. | |
| 214. School Tax 7/1/2017-8/15/2017 | 256.01 | 514. School Tax 7/1/2017-8/15/2017 | 256.01 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 42,756.01 | 520. Total Reduction Amount Due Seller | 550,275.36 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | 564,785.28 | 601. Gross amount due to seller (line 420) | 550,275.36 |
| 302. Less amounts paid by/for borrower (line 220) | 42,756.01 | 602. Less reductions in amount due seller (line 520) | 550,275.36 |
| 303. Cash ☒ From ☐ To Borrower | 522,029.27 | 603. Cash ☒ To ☐ From Seller | 0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

© 2009-2016 Easy Soft. Previous editions are obsolete.   Page 1 of 2   HUD-1

| L. Settlement Charges | File Number: T-7945 | Loan Number: | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | | | |
| Division of Commission (line 700) as follows: | | | | | |
| 701. $33,000.00 to Beiler-Campbell Realtors & Appraisers | | | | | |
| 702. $ to | | | | | |
| 703. Commission paid at settlement | | | | | |
| 704. | | | | | 33,000.00 |
| **800. Items Payable In Connection With Loan** | | | | | |
| 801. Our origination charge | | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges | | | (from GFE A) | | |
| 804. Appraisal fee to | | | (from GFE #3) | | |
| 805. Credit report to | | | (from GFE #3) | | |
| 806. Tax service to | | | (from GFE #3) | | |
| 807. Flood certification | | | (from GFE #3) | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | | | |
| 901. Daily interest charges from to @ $ /day | | | (from GFE #10) | | |
| 902. Mortgage insurance premium for 0 months to | | | (from GFE #3) | | |
| 903. Homeowner's insurance for 0 years to | | | (from GFE #11) | | |
| 904. | | | | | |
| 905. | | | | | |
| **1000. Reserves Deposited With Lender** | | | | | |
| 1001. Initial deposit for your escrow account | | | (from GFE #9) | | |
| 1002. Homeowner's insurance months @ per month | | $ | | | |
| 1003. Mortgage insurance months @ per month | | $ | | | |
| 1004. Property taxes months @ per month | | $ | | | |
| 1005. months @ per month | | $ | | | |
| 1006. months @ per month | | $ | | | |
| 1007. Aggregate Adjustment | | $0.00 | | | |
| **1100. Title Charges** | | | | | |
| 1101. Title services to Wiest, Muolo, Noon, Swinehart & Bathgate | | | (from GFE #4) | 6,067.00 | |
| 1102. Settlement or closing fee | | | | | |
| 1103. Owner's title insurance | | | (from GFE #5) | | |
| 1104. Lender's title insurance | | | | | |
| 1105. Lender's title policy limit | $ | | | | |
| 1106. Owner's title policy limit | $ | | | | |
| 1107. Agent's portion of the total insurance premium | $ | | | | |
| 1108. Underwriter's portion of the total insurance premium | $ | | | | |
| 1109. Attorney's Fee to Wiest, Muolo, Noon, Swinehart & Bathgate (document prep) & Joseph C. Michetti, Jr., Esquire | | | | 750.00 | 150.00 |
| 1110. Attorney's Fee & costs to Reilly Wolfson LLP | | | | 14.50 | 4,750.00 |
| 1111. | | | | | |
| **1200. Government Recording and Transfer Charges** | | | | | |
| 1201. Government recording charges to Snyder County Recorder | | | (from GFE #7) | 122.00 | |
| 1202. Deed $66.00 Mortgage $ Release $ | | | | | |
| 1203. Transfer taxes to Snyder County Recorder, Agent | | | (from GFE #8) | 5,500.00 | |
| 1204. City/County tax/stamps: Deed $5,500.00 Mortgage $ | | | | | 2,750.00 |
| 1205. State tax/stamps: Deed $5,500.00 Mortgage $ | | | | | 2,750.00 |
| 1206. Recording Right-of-Way Agreement | | | $56.00 | | |
| 1207. Total from addendum | | | $ | | 243.00 |
| **1300. Additional Settlement Charges** | | | | | |
| 1301. Required services that you can shop for | | | (from GFE #6) | | |
| 1302. 2016 Delinquent real estate taxes to Snyder County Tax Claim Bureau ($3,247.72 Parcel 13-02-024 & $1,155.45 Parcel No. 13-02-029A) | | | | | 4,403.17 |
| 1303. 2017 County/Township real estate taxes to Ronald E. Zeiders, Tax Collector | | | | | 801.15 |
| 1304. 2-Tax certifications to Ronald E. Zeiders, Tax Collector | | | | | 40.00 |
| 1305. 2017-2018 School real estate taxes to Ronald E. Zeiders, Tax Collector | | | | 2,031.42 | |
| 1306. Document Download Fee to Wiest, Muolo, Noon, Swinehart & Bathgate | | | | 15.00 | |
| 1307. Notary Fee to Debra A. Moyer & Teresa A. Dobson | | | | 10.00 | 15.00 |
| 1308. Express mail (payoffs) to Wiest, Muolo, Noon, Swinehart & Bathgate | | | | | 70.00 |
| **1400. Total Settlement Charges** (enter on lines 103, Section J and 502, Section K) | | | | 14,509.92 | 48,972.32 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____  
Robert A. Grayston, Jr.  Buyer/Borrower

Klingler Bros. Dairy Farms  
By: _____  Seller

_____  
Buyer/Borrower

_____  Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____    8/15/2017  
Roger V. Wiest, II, Esquire    Settlement Agent    Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment.

© 2009-2016 Easy Soft. Previous editions are obsolete.   Page 2 of 2   HUD-1

## ADDENDUM PAGE for HUD-1

| Name and Address of Additional Borrower(s) | Name and Address of Additional Seller(s) |
|---|---|
| | |

| 1200. Government Recording and Transfer Charges (Addendum) | | | |
|---|---|---|---:|
| 1208. Satisfy mortgages to Snyder County Recorder | $0.00 | | 59.00 |
| 1209. Terminate Financing Statement to Snyder County Recorder | $0.00 | | 100.00 |
| 1210. Terminate Financing Statement to Department of State | $0.00 | | 84.00 |
| Total | $0.00 | | 243.00 |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I received a copy of the HUD-1 Settlement Statement.